```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| LINDA CHANDLER, | |
| Plaintiff, | CIVIL ACTION NO. 14-00242-B |
| vs. | |
| CAROLYN W. COLVIN,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **22nd** day of **June, 2015.**

                                /s/ SONJA F. BIVINS
                        UNITED STATES MAGISTRATE JUDGE